

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-19-00025-CR

Guillermo **CAPETILLO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB000381 D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Sitting:      Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The court reporter's fourth request for an extension of time to file the reporter's record is GRANTED. We ORDER the court reporter, Cynthia M. Perez Lenz, to file the reporter's record **on or before July 26, 2019**.

**Ms. Lenz is advised that this court will not look favorably upon any further extension requests in this appeal**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court